No. 98–687. NEW JERSEY v. NELSON. Sup. Ct. N. J. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–737. MARSHALL ET AL. v. SUSTER ET AL. C. A. 6th Cir. Motion of Secretary of State of Connecticut et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–799. KAUTHER SDN BHD v. STERNBERG ET AL. C. A. 7th Cir. Motion of American Association of Retired Persons et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–819. KRELL ET AL. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA; and

No. 98–888. JOHNSON v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 148 F. 3d 283.